April 27, 2015

Twelfth Court of Appeals
1517 W. Front St., Ste 354
Tyler, TX 75702

RE: No. 12-14-00332-CV
     Robert C. Morris v. Sherri Milligan, Et Al
     T/C No. 349-6270

Dear Court Clerk,

    Please find enclosed my copy of the Motion For Leave and Certificate of Service in response to the Court's letter dated April 20, 2015.

    A copy of these pleading has been served and forward to the counsel for the Appellees on this date.

    I would request notification upon receipt of these pleadings and of any action the Court takes.

    Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed.

                                    Sincerely,

                                    Robert C. Morris
                                    Appellant Pro Se
                                    TDCJ-ID # 1311083
                                    Smith Unit
                                    1313 CR 19
                                    Lamesa, TX 79331

enclosure(s): 2 (5 pgs)

cc: file
    Patrick Brezik, Asst. Attorney General

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 3 0 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

ROBERT C. MORRIS                    §

vs.                                 §                NO. 12-14-00332-CV

SHERRI MILLIGAN, ET AL.             §          T/C NO. 349-6270

MOTION FOR LEAVE TO FILE
APPELLANT BRIEF OUT-OF-TIME

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 30 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

TO THE HONORABLE COURT:

COMES NOW, Robert C. Morris, Appellant Pro Se, in the above styled numbered cause and respectfully files and submits this his Motion For Leave To File Appellant Brief Out-Of-Time. Morris presents the following in support of this motion.

I.

Morris is presently incarcerated at the Smith Unit of the TDCJ in Lamesa, Texas. He contends his brief was timely filed under the Mailbox Rule, however seeks leave to file said brief out-of-time. A document is considered filed by a pro se inmate on the day it is deposited with the prison or jail authorities. **EX PARTE SINEGAR,** 324 S.W.3d 578 (Tex.Crim.App. 2010); **CAMPBELL v STATE,** 320 S.W.3d 338 (Tex.Crim.App. 2010). Once an item for mailing is deposited by inmate, he loses all control of said item.

Upon notification by the Court's letter dated April 17, 2015, Morris acted with diligence to obtain documentation to support a timely filed brief. It should be noted that the Certificate of Service shows April 15, 2015 as the date placed in the Smith Unit/TDCJ Prison Mail System.

Morris, who is not only pro se, but also proceeding in forma pauperis, obtained written verification from Law Library Supervisor Albert Jimenez, who processes indigent postage program on the Smith Unit, that on April 15, 2015 said brief "was process on the above date and turned over to mailroom on the same day!" See **EXHIBIT A.**

Morris also obtained verification from Smith Unit Mailroom regarding the date the brief was logged in the Legal/Special Mail records, which shows April 16, 2015. Also with regards to the "private meter mark", Morris questioned Smith Unit Mailroom, which responded "the post office is the only ones that would." See **EXHIBIT B.**

Therefore, Morris contends he has presented sufficient evidence that pursuant to the Mailbox Rule and Tex. R. App. P. 9.2(b)(2) his brief was timely filed. As for the alleged "private meter mark" that is beyond Morris's control and should not be held accountable for such actions of the United States Postal Service in Lamesa, Texas.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, the Appellant Robert C. Morris, prays this Honorable Court will grant the motion for leave and deem his brief as timely filed, pursuant to the Rules, in the interest of justice.

Respectfully Submitted,

Dated: April 27, 2015

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa, TX 79331

I, Robert C. Morris, declare under penalty of perjury that the foregoing is true and correct, and further certify that a true and correct copy has been served upon the Appellee's through counsel, Patrick Brezik, Asst. Attorney General, Po Box 12548, Austin, TX 78711-2548, by placing in the Smith Unit/TDCJ Prison Mail System on this the 27th Day of April, 2015.

Robert C. Morris
TDCJ-ID # 1311083
Smith Unit · Dawson County, TX

Appellant Pro Se

MTN LEAVE

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Can you please verify that on April 15, 2015, the Law Library Indigent Mail program processed 2 legal correspondences that required extra postage, please

Thank You

Name: Robert C Morris        No: 1311083        Unit: Smith

Living Quarters: F102T        Work Assignment: Factory 6-1630 Mon-Thurs / wo school

**DISPOSITION:** (Inmate will not write in this space)

On 4/15/15 offender Morris did send 2 writs to 17th Court of Appeals (Tyler, Tx. Was process on the date above and turned over to mailroom on the san day! Gimenez  Law Librarian III

☆I-60 (Rev. 11-90)

EXHIBIT A

- 3 -

MTN LEAVE

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Can you please verify a couple of things please.

1) On April 15, 2015 was there a "writ" envelope mailed to as legal/special mail:
Twelfth Court of Appeals, 1517 W. Front St, Ste 354, Tyler, Texas 75801

Logged out on 4/16/15

2) Does the Smith Unit Meter-Postmark outgoing Mail?

no.

I received notice from 12th Court of Appeals on 4/23/15 stating that a "private Meter Mark" was used and most show proof I mailed item out on or Before April 16, 2015.
The post office is the only ones that would. Thank you

Name: Robert C Morris  No: 1311083  Unit: SM

Living Quarters: F102T  Work Assignment: Factory 6-1630 mon-Thurs / no School

**DISPOSITION:** (Inmate will not write in this space)

RTRobl
4/24/15

☆I-60 (Rev. 11-90)

MTH LEAVE

IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

ROBERT C. MORRIS                    §           NO. 12-14-00332-CV

VS.                                 §           T/C NO. 349-6270

SHERRI MILLIGAN, ET AL.             §

### CERTIFICATE OF SERIVCE

I, Robert C. Morris, declare under penalty of perjury, that a true
and correct copy of the Motion To Suspend Rules was served upon Appellee's
through counsel, Patrick Brezik, Asst Attorney General, Po Box 12548,
Austin, TX 78711-2548 by placing in the Smith Unit/TDCJ Prison Mail
System on the 15th day of April, 2015.


SIGNED on this the 27th day of April, 2015.


                                        Robert C. Morris
                                        TDCJ-ID # 1311083
                                        Smith Unit
                                        1313 CR 19
                                        Lamesa, TX 79331

                                        Appellant Pro Se

COS/MTN susp. Rules